```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ESTATE OF EDWARD W. KNOSTER, et al., | CIVIL ACTION NO. 01-3168 (MLC) |
| Plaintiffs, | **ORDER ON DEFENDANT'S** |
| v. | **MOTIONS IN LIMINE** |
| FORD MOTOR COMPANY, |  |
| Defendant. |  |

**DEFENDANT**, Ford Motor Company, filing several motions <u>in limine</u> (dkt. entry nos. 218, 224, 225, 226, 227, 228, and 229); and

**THE COURT HAVING CONSIDERED** the papers submitted in support of and in opposition to the motions; and the Court having heard argument from the parties on December 21, 2009; and for the reasons stated by the Court on the record; and for good cause appearing;

**IT IS THEREFORE** on this    22nd    day of December, 2009, **ORDERED** as follows:

Defendant's motion to preclude evidence in support of plaintiffs' punitive damages claim (dkt. entry no. 218) is **DENIED WITHOUT PREJUDICE;** and

Defendant's motion for a pretrial instruction to the jury prohibiting the use of electronic media (dkt. entry no. 224) is **GRANTED;** and

Defendant's motion to preclude reference to electromagnetic interference or other specific defect theory (dkt. entry no. 225) is **GRANTED,** with individual evidentiary rulings to be made separately; and

Defendant's motion to require the plaintiffs to provide edited videotapes of deposition testimony at least forty-eight hours in advance of their presentation (dkt. entry no. 226) is **GRANTED;** and

Defendant's motion to limit the testimony of William Berg to the parameters set in the first trial (dkt. entry no. 227) is **GRANTED;** and

Defendant's motion to reinstate the Court's prior rulings concerning the Updegrove investigation (dkt. entry no. 228) is **GRANTED;** and

Defendant's motion to limit evidence of other similar incidents (dkt. entry no. 229) is **GRANTED.**

                                          s/ Mary L. Cooper
                                          **MARY L. COOPER**
                                          United States District Judge